# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                           )<br>            Plaintiff,                             )<br>                                                           )            NO. 18-CR-02945-WJ<br>      vs.                                                )<br>                                                           )<br>**JANY LEVEILLE,**                            )<br>**SIRAJ IBN WAHHAJ,**                   )<br>**HUJRAH WAHHAJ,**                       )<br>**SUBHANAH WAHHAJ, and**       )<br>**LUCAS MORTON,**                         )<br>                                                           )<br>           Defendants. | |

## **UNITED STATES' NOTICE OF INTENT NOT TO SEEK DEATH PENALTY**

The United States hereby notifies the Court and all the defendants that the United States will not seek a sentence of death for all defendants charged with capital-eligible offenses in this matter: **JANY LEVEILLE**, **HUJRAH WAHHAJ**, **SUBHANAH WAHHAJ**, and **LUCAS MORTON**.  There are no defendants currently charged in this matter against whom the United States will seek a sentence of death in this case.

      Respectfully submitted,

      JOHN C. ANDERSON
      United States Attorney

      *Electronically filed*

      GEORGE C. KRAEHE
      Assistant United States Attorney
      P.O. Box 607
      Albuquerque, New Mexico 87102
      (505) 346-7472

## **CERTIFICATE OF SERVICE**

   I hereby certify that I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

_____ /s/
GEORGE C. KRAEHE