IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.                              No. 18-cr-02945-WJ

JANY LEVEILLE, et al.,

        Defendants.

### ORDER GRANTING UNOPPOSED JOINT MOTION TO EXTEND PRETRIAL MOTION DEADLINES

THIS MATTER IS BEFORE THE COURT on Defendants' *Unopposed Joint Motion to Extend Pretrial Deadlines*, filed September 12, 2019 [Doc. 143].  The Court having reviewed the Motion and the Motion being unopposed, finds the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the Pretrial Motion Deadlines shall be extended for all Defendants as follows:

| Task | Current Deadline | Extension | New Deadline[1] |
|---|---|---|---|
| Defendants to complete all discovery including expert disclosures | September 13, 2019 | 60 days | November 12, 2019 |
| Discovery motions | October 11, 2019 | 60 days | December 10, 2019 |
| *Daubert* Motions | October 11, 2019 | 60 days | December 9, 2019 |
| *Daubert* Responses | October 25, 2019 | 60 days | December 23, 2019 |
| *Daubert* Replies | November 1, 2019 | 60 days | January 6, 2019 |

HONORABLE WILLIAM P. JOHNSON
United States District Court Judge

---

[1] Some deadlines have been adjusted slightly to account for the holidays.

Submitted by:

/s/ _Ryan J. Villa_
RYAN J. VILLA
Counsel for Subhanah Wahhaj

Approved:

/s/ _George Kraehe_
George Kraehe
Assistant United States Attorney