IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                               No. 18CR2945 WJ

JANY LEVEILLE,

        Defendant.

## <u>NOTICE OF NON-AVAILABILITY</u>

Kari Converse, counsel for Ms. Leveille, hereby notifies the Court and counsel of record that she will be out of the country and unavailable for hearings from Tuesday, January 21, 2020 through Friday, January 24, 2020, inclusive.

**WHEREFORE** Counsel respectfully requests that any hearings, trial matters, depositions and any other matters not be scheduled during the above time periods as counsel will be out of the office and unavailable.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
kari_converse@fd.org

*/s/ electronically filed on 10/21/2019*
KARI CONVERSE
Attorney for MS. Leveille