IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                  No. 18CR2945-001 WJ

JANY LEVEILLE,

        Defendant.

## AMENDED NOTICE OF NON-AVAILABILITY

Kari Converse, counsel for Ms. Leveille, hereby notifies the Court and counsel of record that she will be at an out-of-state conference and following that on medical leave and unavailable for hearings from Wednesday, March 25, 2020 through Friday, April 10, 2020, inclusive.

**WHEREFORE** Counsel respectfully requests that any hearings, trial matters, depositions and any other matters not be scheduled during the above time periods as counsel will be out of the office and unavailable.

        Respectfully submitted,

        FEDERAL PUBLIC DEFENDER
        111 Lomas NW, Suite 501
        Albuquerque, NM 87102
        (505) 346-2489
        kari_converse@fd.org

        /s/ electronically filed on 03/10/2020
        KARI CONVERSE
        Attorney for MS. Leveille