IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                  No. 18CR2945-001 WJ

JANY LEVEILLE,

        Defendant.

## SECOND AMENDED NOTICE OF NON-AVAILABILITY

Kari Converse, counsel for Ms. Leveille, hereby notifies the Court and counsel of record that she will be on medical leave and unavailable for hearings from Monday, March 30, 2020 through Friday, April 10, 2020, inclusive.

**WHEREFORE** Counsel respectfully requests that any hearings, trial matters, depositions and any other matters not be scheduled during the above time periods as counsel will be out of the office and unavailable.

                                                        Respectfully submitted,

                                                        FEDERAL PUBLIC DEFENDER
                                                        111 Lomas NW, Suite 501
                                                        Albuquerque, NM 87102
                                                        (505) 346-2489
                                                        kari_converse@fd.org

                                                        /s/ electronically filed on 03/11/2020
                                                        KARI CONVERSE
                                                        Attorney for MS. Leveille