Dear Honourable Judge,

I am kindly requesting a welfare check.

Thank you much

18cr2945 WJ

Jany Leveille
00412151

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 21 2020

MITCHELL R. ELFERS
CLERK /mn

Name Jany Leveille
Reg. No. 00418151
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

87102-220795

To: United States District Court
Pete V Domenici United States Courthouse
333 Lomas Blvd Suite 770
Alburquerque, NM 87102

