**SUPPLEMENTAL JUROR QUESTIONNAIRE      JUROR #_____**

Thank you for participating in jury service.  The following questions are used by the Court to obtain information about you in order to assist in the jury selection process. Providing complete answers will save time for you and the Court.

**Remember, there are no "right" or "wrong" answers.  The only correct answers are those that are honest, thoughtful and most accurately reflect your personal attitudes, beliefs, and experiences.**  It is very important that you answer the questions to the best of your ability and in the most complete manner as possible.

Please fill out the answers by yourself without consulting any other person.

**If you need additional space for your answers, or wish to make further comments, please use the page attached at the very end of this questionnaire - Please do *not* use the *back* of any page for your comments.**   Simply identify the question number next to your continued response.

You are instructed by the Court not to discuss anything about this case with anyone, even your spouse or significant other, nor are you to research this case or anything related to it, by any means, including the internet, social media, radio, newspapers, discussions with others, or in any other manner. Your failure to abide by this directive may result in contempt of court proceedings against you, and a possible fine and/or imprisonment.

When you finish answering all of the questions, you are required to sign this questionnaire.

As you fill out this questionnaire please remember that your written answers are given under oath.

Thank you very much for your cooperation!

_____

**HONORABLE WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**SUPPLEMENTAL JUROR QUESTIONNAIRE**          **JUROR #**_____

1. Print Full Name:_____

2. Age:_____  3. Gender:_____  4. Race/Ethnicity:_____

5. Are you currently: (please check all that apply)

   ☐Employed FT ☐Employed PT ☐Homemaker ☐Retired ☐Unemployed ☐Disabled ☐Student

6. Indicate current job, place of employment, and job duties. (If not currently working, indicate prior job)

   _____

   _____

7. What other types of jobs have you worked at in your life, and which was your favorite?

   _____

   _____

   _____

8. Indicate your highest level of education, and any degrees or certificates, and major area of study, if any:

   _____

   _____

9. Have you ever served in any branch of the armed forces of the United States (including the military reserves, National Guard, or ROTC)?   ☐YES ☐NO  **If YES**, please answer the following:

   a) List branch of service, approximate years of service, and highest rank at discharge:

   _____

   b) Did you ever serve in active combat duty? ☐YES ☐NO  **If YES**, which conflict, theater, etc?

   _____

10. Please check all that describe your marital status:

    ☐Single, never married ☐Single, prior marriage ☐Married (or living with partner) ☐Divorced ☐Widowed

11. If married, or living with someone, please describe your spouse/partner's **occupation**, **place of employment** and **highest level of education:**

    _____

    _____

    _____

12. Indicate any children by age, gender, occupation (if any) and if they live in your home full-time, part-time, or not at all:

    _____

    _____

    _____

**ABILITY TO SERVE**

**Once jury selection is completed, this trial is expected to start on September 26, 2023 and then last up to 4 weeks. Court sessions will last from approximately 9:00 am until 5:00 pm each day, with regular breaks approximately every 90 minutes, and a 60-minute break for lunch.**

13. Do you wish to apply to the Court to be excused on the grounds that jury service in this case would be a **serious hardship** to you? ☐YES ☐NO  **If YES**, please explain:

_____

_____

_____

_____

14. Do you have any personal, family, or professional obligations that you feel would **seriously interfere** with your ability to focus and concentrate as a juror in this case? ☐YES ☐NO  **If YES**, please explain:

_____

_____

_____

_____

15. Does your employer pay you for time missed as a result of jury service? ☐YES ☐NO ☐UNSURE*

   *If you are unsure, please find out before you return to court for jury selection questioning.*

16. Do you have any condition, disability, or need that will require any special consideration or accommodation while you are in court? ☐YES ☐NO **If YES**, please explain:

_____

_____

_____

17. Do you have hearing difficulties *not* corrected by a hearing aid? ☐YES ☐NO

18. Do you have trouble seeing even with glasses? ☐YES ☐NO

19. a. Are you taking any medication(s) regularly? ☐YES ☐NO

    b. Do any of these medications affect your memory or concentration? ☐YES ☐NO **If YES,** please explain:

_____

_____

**PUBLICITY AND MEDIA**

**In this case the United States alleges Defendants Jany Leveille, Siraj Ibn Wahhaj, Hujrah Wahhaj, Subhanah Wahhaj and Lucas Morton engaged in crimes related to providing material support to terrorists, conspiracy to murder an officer or employee of the United States, possession of a firearm by a person unlawfully in the United States, and kidnapping resulting in death. It is alleged the Defendants, who are Muslim, travelled from Georgia to New Mexico with Siraj Ibn Wahhaj's minor son, A.G, who suffered from disabilities. It is alleged A.G. died sometime after he arrived in New Mexico. The crimes are alleged to have occurred in Taos County, Amalia, New Mexico on or about October 2017 through August 2018.**

20. Please describe in detail anything that you believe you have read, seen or heard about this case from the media, or conversations with others, and your sources of information. Use comment page at end of this questionnaire if additional space is needed:

_____

_____

_____

_____

_____

21. Are you familiar with Amalia, NM, or have you ever visited the area or known anyone who lived nearby?

☐ YES  ☐ NO   **If YES**, please explain:

_____

_____

_____

22. What opinions, if any, have you formed about this case, or any of the defendants involved?

_____

_____

_____

23. Have you ever known or had any type of relationship with any person, or family member of any person, who is in any way involved in this case or the underlying incidents, investigation, or prosecution?

☐ YES  ☐ NO   **If YES**, please explain:

_____

_____

24. A) Have you ever had any personal or professional involvement with any State or Federal prosecutor or agency such as a US attorney, the DOJ, office of a District Attorney, or similar lawyer or agency?

    ☐ YES ☐ NO **If YES**, please explain:

    _____

    _____

    _____

    _____

    B) Have you ever had any personal or professional involvement with any criminal defense attorney?

    ☐ YES ☐ NO **If YES**, please explain:

    _____

    _____

    _____

    _____

**CHILDREN AND FAMILIES**

25. Have you ever shared custody of a child with a parent not living in your home? ☐ YES ☐ NO

**If YES**, please describe how well, or poorly, you think the shared custody arrangement has worked:

_____

_____

_____

_____

26. Have you ever had sole custody of a child where the other parent's custodial or visitation rights were terminated or limited? ☐ YES ☐ NO **If YES**, please describe how this came about, and how you feel about how this arrangement has worked:

_____

_____

_____

_____

27. Have you ever had a child where <u>your</u> custodial or visitation rights were terminated or limited ☐ YES ☐ NO

**If YES**, please describe how this came about, and how you feel about how this arrangement has worked:

_____

_____

_____

_____

28. Have you ever had a ☐ friend or ☐ family member who has dealt with a highly contentious or difficult situation involving custody of a child? ☐ YES ☐ NO **If YES:**

    a) Please briefly describe the situation:

    _____
    _____
    _____

    b) Please briefly describe how comfortable or uncomfortable you felt about giving this friend or family member advice about the situation, and whether or not you feel it was your place to do so:

    _____
    _____
    _____

29. Have you ever had a ☐ friend or ☐ family member who has made parenting decisions you disagreed with or felt could be harmful to their children? ☐ YES ☐ NO **If YES:**

    a) Please briefly describe the situation:

    _____
    _____
    _____

    b) Please briefly describe how comfortable or uncomfortable you felt about giving this friend or family member advice about how they parented their child, and whether or not you feel it was your place to do so:

    _____
    _____
    _____

**COURTS AND COMMUNITY**

30. Have you *or* a close friend *or* a family member ever worked in a law enforcement related job or agency? ☐ YES (self) ☐ YES (friend or family) ☐ NO **If YES**, please explain who, when, where, and the type of job:

    _____
    _____
    _____

31. Do you believe that the testimony of sworn law enforcement officers should be given more importance and credibility than that of other witnesses result of their status? ☐ YES ☐ NO Briefly explain why or why not:

    _____
    _____

32. Have you *or* a close friend *or* a family member ever been a victim of any violent crime?
☐YES (self)   ☐YES (friend or family)   ☐NO   **If YES**, please indicate who was involved, when and where it occurred, what happened, the outcome, and what impact this experience had on you:

_____
_____
_____

33. Have you *or* a close friend *or* a family member ever been arrested, charged with, or convicted of a crime other than a traffic offense?  ☐YES (self)   ☐YES (friend or family)   ☐NO   **If YES**, please indicate who was involved, when and where it occurred, what happened, and whether or not you feel the process was fair:

_____
_____
_____

34. Do you, or anyone in your family, own any guns?  ☐YES (self)   ☐YES (family member)   ☐NO   **If YES**:

   a) how many, and what type(s) of gun(s) do you or family members own?

_____
_____
_____

   b) Identify for which purposes the guns are owned: (check all that apply)
   ☐Self Defense ☐Hunting ☐Family Heirloom ☐Recreation ☐Collecting ☐Other_____

   c) About how often do you or a family member fire a gun at a practice range or for target practice?
   ☐Every week or so ☐Every month or so ☐Once or twice a year ☐Once or twice ever ☐Never

35. If the government accuses someone of a serious crime such as kidnapping or terrorism, do you believe that the accused is probably guilty?  ☐YES ☐NO  **Explain why or why not:**

_____
_____
_____

36. How do you think innocent people end up being found guilty by juries of crimes they did not commit?

_____
_____
_____

37. What are some things you believe jurors could do to prevent wrongful convictions from happening?

_____
_____
_____

**SOCIETY AND RELIGION**

38. What is your current religious affiliation, if any? _____

39. How often do you attend religious services, or participate in church-related activities?

☐ Never  ☐ A few times a year  ☐ A few times a month  ☐ Weekly  ☐ Two or more times a week

40. Have you, or a close friend or family member ever identified as a Christian (any denomination)?

☐ YES (self)  ☐ YES (friend or family) Indicate relationship: _____  ☐ NO

41. What are your thoughts, feelings, opinions about Christianity and Christians generally?

☐ Very Negative  ☐ Somewhat Negative  ☐ Neutral  ☐ Somewhat Positive  ☐ Very Positive

42. Have you, or a close friend or family member, ever identified as a Muslim?

☐ YES (self)  ☐ YES (friend or family) Indicate relationship: _____  ☐ NO

43. What are your thoughts, feelings, opinions about the Islamic religion and Muslims generally?

☐ Very Negative  ☐ Somewhat Negative  ☐ Neutral  ☐ Somewhat Positive  ☐ Very Positive

44. Do you believe that being a practicing Muslim is a risk factor for being involved in terrorism related crimes?

☐ YES  ☐ PROBABLY  ☐ PROBABLY NOT  ☐ NO  NO **Explain:**

_____
_____
_____
_____

45. Do you believe that practicing Islam, or being a Muslim is more likely than a Christian or other non-Muslim to be involved in activities related to terrorism? ☐ YES  ☐ PROBABLY  ☐ PROBABLY NOT  ☐ NO  **Explain:**

_____
_____
_____
_____

46. Have you, or anyone you know, ever had religious or personal beliefs that oppose some or all conventional medical recommendations or treatments in favor of more faith-based or non-conventional approaches?

☐ YES (self)  ☐ YES (someone I know)  ☐ NO  **If YES**, please briefly explain:

_____
_____
_____
_____

47. What are your thoughts and feelings about the rights of parents and families to make their own decisions about how and when to follow conventional medical treatments or recommendations, and when to choose non-conventional or faith-based approaches? Should families have this right? Who should decide?

_____

_____

_____

_____

48. Have you ever had any personal or professional experience, training or education related to religious "cults" of any kind? ☐YES  ☐NO  **If YES**, please explain:

_____

_____

_____

49. Should membership in a religious cult be a crime? ☐YES  ☐PROBABLY  ☐PROBABLY NOT  ☐NO
**Explain:**_____

_____

_____

50. Some religious groups, such as Scientologists, Christian Scientists, Jehovah's Witnesses, and others, are often described as "cults" by non-members. Members of these groups dispute that label. What do you think about this? What to you defines a "cult" as opposed to a "non-cult" religious group? Should the government decide which groups are cults, and which are not?

_____

_____

_____

_____

51. What thoughts and opinions do you have about people who become involved in religious cults as leaders?

_____

_____

_____

_____

52. What thoughts and opinions do you have about people who become involved in religious cults as believers or followers?

_____

_____

_____

_____

53. Do you think that some people who become involved as believers or followers in some religious cults (such as the Manson Cult, the Branch Davidians, the Jonestown Cult, or others) might be "brainwashed," or coerced into doing things they might not otherwise do by a cult leader? ☐YES ☐NO **Explain why or why not**:

**OTHER LIFE EXPERIENCES AND KNOWLEDGE**

54. Have you, a close friend or family member, ever had any personal or professional experience with an adult or child suffering from seizures, epilepsy, encephalitis, or meningitis? ☐YES ☐NO **If YES**, explain:

55. Have you, or a close friend or family member, ever had personal or professional experience with severe mental illness such as schizophrenia or psychosis of any kind? ☐YES ☐NO **If YES**, please explain, including the nature of the problem, how this affected them, and any treatment and their response to it:

56. Have you ever had any education, training, or experience in the field of mental health or psychology? ☐YES ☐NO **If YES**, please explain:

57. What are your thoughts and opinions about psychologists, psychiatrists, or other mental health professionals who come and testify in some criminal trials?

58. Have you ever read, seen, heard, or learned about off-grid, sustainable structures such as "earthships," or other similar structures, often built partially underground and from materials such as tires, dirt, and other recycled and natural materials? ☐YES ☐NO  **If YES**, briefly describe your knowledge and familiarity with such structures, your opinions about them, and how you learned about this:

_____
_____
_____

59. Do you regularly use social media, such as Facebook, Instagram, Twitter, or Snapchat? ☐YES ☐NO **If YES**, please indicate which platforms you usually use, how often, and for what purposes. **If NO**, why not?

_____
_____
_____
_____

60. In your opinion, is there **anything else** you now know about this case, the crime, the issues, or the people involved, or your own background, experience, or circumstances, that might hinder you, *even slightly*, from being as fair and impartial a juror as you would like to be? ☐YES ☐NO  **If YES**, please explain:

_____
_____
_____
_____

**Please review the list of names and organizations on the following page, and then answer this final question:**

61. Are you familiar with any of the individuals or organizations named? ☐YES ☐NO ☐UNSURE
**If YES, or UNSURE**, please indicate in the space below who you know, or may know, and how you are or may be familiar with them.

_____
_____
_____
_____
_____

*With my signature below, I solemnly swear or affirm that the answers above are true, correct and complete.*

Signature: _____     Date: _____

**Please review the following names.   If you are familiar with any of these individuals or organizations:**

**1- Please circle name you are, or may be, familiar with, and**

**2- If you have circled any of the names below, please check "YES" or "UNSURE" on <u>the last question on the previous page</u>, and write the name or names there which you have checked and indicate there how you know or may know the person or organization. THANK YOU!**

*INSERT WITNESS LIST HERE*

**ADDITIONAL COMMENTS**

(Please mark your responses to reflect the question number you are responding to.  Thank you!)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____