IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 18-2945 WJ |
| ) | |
| JANY LEVEILLE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER CONTINUING DEFENDANT JANY LEVEILLE'S SENTENCING HEARING**

THIS MATTER having come before the Court on the unopposed motion of the United States to continue Defendant Jany Leveille's sentencing hearing presently scheduled for November 27, 2023 (Doc. 1042), and the Court being fully advised in the premises, FINDS that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the sentencing hearing scheduled for November 27, 2023, will be vacated and continued to February 20, 2024, at 10:00 a.m., Cimarron courtroom. It is further ordered that the deadline to file objections to the presentence report is extended to January 15, 2024, and the deadline to file sentencing memoranda is extended until January 22, 2024.

WILLIAM P. JOHNSON
Chief United States District Judge

1