IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | CRIMINAL NO. 18-2945 WJ |
| JANY LEVEILLE, ) | |
| ) | |
| Defendant. ) | |

### ORDER DISMISSING COUNTS

THIS MATTER having come before the Court on the written motion of the United States to dismiss Counts 2, 3, 4, 6, and 7 of the Superseding Indictment (Docs. 85, 1158) as to Defendant Jany Leveille, and the Court being fully advised in the premises, FINDS that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Counts 2, 3, 4, 6, and 7 of the Superseding Indictment are hereby dismissed as to Defendant Jany Leveille.

_____
HONORABLE WILLIAM P. JOHNSON
Chief United States District Judge